## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISCTRICT OF PENNSYLVANIA

In re                                : CHAPTER 13
                                     :
Diane James                          : BANKRUPTCY NO.:  15-18491-MDC

PRAECIPE TO WITHDRAW DOCUMENT

TO THE CLERK OF COURT:

Kindly withdraw Debtor's Objection to Claim Number 6, Request for Admissions, and Notice of Objection (Docket Nos.: 41-43) filed on 6/9/2016.  Thank you.

ERIK B. JENSEN, P.C.

BY: /s/ Brandon Perloff
ERIK B. JENSEN, P.C
1528 Walnut Street, Ste 1401
Philadelphia, PA 19102
Telephone: 215-546-4700

Date: July 18, 2016                           Attorney for the Debtor