## IN THE UNITED STATES BANKRUPTCY COURT
## . FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| Diane James | : | CHAPTER 13 |
|     Debtor | : | |
| | : | |
| MidFirst Bank | : | |
|     Movant | : | BANKRUPTCY NO.: 15-18491-MDC |
| | : | |
|   v. | : | |
| Diane James | : | |
|     Debtor | : | |
| | : | |
| William C. Miller, Esq | : | |
|     Trustee | : | |

## **DEBTOR'S OBJECTION TO MOVANT'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER § 362(d)**

Debtor, by her attorney, Erik B. Jensen, Esq. by way of answer to Movant's motion, respectfully represents that:

1.- 5.    Admitted.

3.– 4.    Denied. Debtor intends to cure all arrears owed.

5 – 8.    Admitted.

9-11.    Denied. Movant states a conclusion of law to which no response is required.

WHEREFORE, Debtor prays that Movant's request be denied.

Date: 9/13/16                     Respectfully submitted,

                                           /S/ Erik B. Jensen\_\_
                                           Erik B. Jensen, Esq.