## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| Diane James | : CHAPTER 13 |
|     Debtor | : |
| | : |
| CitiBank, N.A. As Trustee For | : |
| Wachovia Loan Trust 2005-SD1 Series | : |
| Backed Certificates, Series 2005-SD! | : |
|     Movant | : BANKRUPTCY NO.: 15-18491-MDC |
| | : |
| v. | : |
| Diane James | : |
|     Debtor | : |
| | : |

### DEBTOR'S OBJECTION TO MOVANT'S MOTION FOR
### RELIEF FROM THE AUTOMATIC STAY UNDER § 362(d)

Debtor, by her attorney, Erik B. Jensen, Esq. by way of answer to Movant's motion, respectfully represents that:

1.- 4.    Admitted.

5-6.    Denied. Movant states a conclusion of law to which no response is required.

7.    Admitted.

8-12.    Denied. Movant states a conclusion of law to which no response is required.

WHEREFORE, Debtor prays that Movant's request be denied.

Date: 11/1/16    Respectfully submitted.

/S/ Erik B. Jensen
Erik B. Jensen, Esq.