Case 15-18491-mdc    Doc 78    Filed 11/30/16    Entered 12/01/16 01:12:06    Desc Imaged
                       Certificate of Notice    Page 1 of 3

United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 15-18491-mdc
Diane James                                                         Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: ChrissyW              Page 1 of 1                  Date Rcvd: Nov 28, 2016
                              Form ID: pdf900             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 30, 2016.
db             +Diane James,    8332 Forrest Avenue,    Philadelphia, PA 19150-2017

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 30, 2016                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 28, 2016 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    MidFirst Bank agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              CHRISOVALANTE  FLIAKOS    on behalf of Creditor    CitiBank, N.A., As Trustee et al paeb@fedphe.com
              ERIK B. JENSEN    on behalf of Debtor Diane  James john@erikjensenlaw.com,
               regina@erikjensenlaw.com;mjmecf@gmail.com;gilberto@erikjensenlaw.com
              JASON BRETT SCHWARTZ    on behalf of Creditor    Philadelphia Federal Credit Union
               jschwartz@mesterschwartz.com, jottinger@mesterschwartz.com
              JEROME B. BLANK    on behalf of Creditor    CitiBank, N.A., As Trustee et al paeb@fedphe.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    CitiBank, National Association As Trustee et. al.
               paeb@fedphe.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    CitiBank, N.A., As Trustee et al paeb@fedphe.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              MARIO J. HANYON    on behalf of Creditor    CitiBank, N.A., As Trustee et al paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA, Inc.
               mortonlaw.bcraig@verizon.net, mhazlett@mortoncraig.com
                                                                                              TOTAL: 12

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Diane James <br>    Debtor | | CHAPTER 13 |
| MidFirst Bank <br>    Movant <br>   vs. | | NO. 15-18491 MDC |
| Diane James <br>    Debtor | | |
| William C. Miller Esq. <br>    Trustee | | 11 U.S.C. Section 362 |

## STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. Movant is MidFirst Bank.

2. Debtor is the owner of the premises 8332 Forrest Avenue, Philadelphia, PA 19150, hereinafter referred to as the mortgaged premises.

3. Movant is the holder of a mortgage, original principal amount of $61,868.00 on the mortgaged premises that was executed on June 29, 2000. Said mortgage was recorded on September 21, 2000 in Instrument Number 50142142. The Mortgage was subsequently assigned to Movant by way of Assignment of Mortgage recorded on April 30, 2002, in Instrument Number 50449151 in Philadelphia County.

4. William C. Miller Esq., is the Trustee appointed by the Court.

5. The commencement and/or continuation of the mortgage foreclosure proceedings by reason of non-payment of monthly mortgage payments were stayed by the filing of a Chapter 13 Petition in Bankruptcy by Debtor. The post-petition arrearage on the mortgage held by the Movant on Debtor's residence is **$3,817.50**, which breaks down as follows;

| | |
|---|---|
| Post-Petition Payments: | April 2016 through November 2016 at $463.29 each |
| Late Charges: | April 2016 through September 2016 at $18.53 each |
| **Total Post-Petition Arrears** | **$3,817.50** |

6. If the case is converted to Chapter 7, the Movant shall file a Certification of Default with the court and the court shall enter an order granting the Movant relief from the automatic stay.

7. If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

8. The parties agree that a facsimile signature shall be considered an original signature.

9. Debtor and Movant have agreed to have relief be entered effective thirty (30) days from the date of the hearing on the Motion for Relief on November 3, 2016.

10. The stay provided by Bankruptcy Rule 4001(a)(3) is waived.

11. Relief is hereby granted effective December 4, 2016.

Date: November 9, 2016

/s/ Joshua I. Goldman, Esquire
Joshua I. Goldman, Esquire
Attorney for Movant
KML Law Group, P.C.
Main Number: (215) 627-1322

Date: 11/10/16

Erik B. Jensen Esq.
Attorney for Debtor

No Objection: [signature]
TRUSTEE *without prejudice to any trustee rights or remedies

Approved by the Court this 28th day of November, 2016. However, the court retains discretion regarding entry of any further order.

Magdeline D. Coleman
Bankruptcy Judge
Magdeline D. Coleman