United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 15-18491-mdc
Diane James                                                         Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Denine              Page 1 of 2            Date Rcvd: Feb 23, 2017
                              Form ID: pdf900           Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2017.
```
db            +Diane James,    8332 Forrest Avenue,    Philadelphia, PA 19150-2017
cr            +Santander Consumer USA, Inc.,    P.O. Box 660633,    Dallas, TX 75266-0633
13694242      +CitiBank, NA as Trustee for Wachovia Loan etal,    Wells Fargo Bank NA,,
                Attention: Bankruptcy Department,    MAC# D3347-014,    3476 Stateview Boulevard,
                Fort Mill, SC 29715-7203
13645845      +Erik B. Jensen P.C.,    1528 Walnut Street,    Suite 1401,    Philadelphia, PA 19102,
                1528 Walnut Street,    Suite 19102-3610
13645846      +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
13659892      +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
13659379      +Midland Credit Management, Inc. as agent for,    MIDLAND FUNDING LLC,    PO Box 2011,
                Warren, MI 48090-2011
13645847      +Midland Funding,    2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
13645848      +Midland Mtg,    Pob 268959,    Oklahoma City, OK 73126-8959
13720784      +New Century Financial Services, Inc.,    successor to Credit One Bank, N.A.,
                Pressler and Pressler, LLP,    7 Entin Rd.,    Parsippany, NJ 07054-5020
13645849      +Penn Credit Corporatio,    916 S 14th St,    Harrisburg, PA 17104-3425
13645850      +Philadelphia Fed Cr Un,    12800 Townsend Rd,    Philadelphia, PA 19154-1095
13657650      +Santander Consumer USA Inc.,    PO Box 560284,    Dallas, TX 75356-0284
13645851      +Santander Consumer Usa,    Po Box 961245,    Ft Worth, TX 76161-0244
13645852     ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
               (address filed with court: Wells Fargo Hm Mortgag,    8480 Stagecoach Cir,
                Frederick, MD 21701)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: bankruptcy@phila.gov Feb 24 2017 01:49:31     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 24 2017 01:49:07
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 24 2017 01:49:22     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13723501       E-mail/Text: bankruptcy@phila.gov Feb 24 2017 01:49:31     City of Philadelphia,
                Law Department  Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                Philadelphia, PA  19102-1595
13659024      +E-mail/Text: bankruptcygroup@peco-energy.com Feb 24 2017 01:48:56      PECO Energy Company,
                Attn: Merrick Friel,    2301 Market Street, S23-1,    Philadelphia, PA 19103-1380
13647819       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 24 2017 01:45:56
                Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13687874      +E-mail/Text: JCAP_BNC_Notices@jcap.com Feb 24 2017 01:49:17     Premier Bankcard, Llc,
                c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-7999
                                                                                              TOTAL: 7

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2017                               Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: Denine                Page 2 of 2                   Date Rcvd: Feb 23, 2017
                              Form ID: pdf900             Total Noticed: 22
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 23, 2017 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    MidFirst Bank agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    MidFirst Bank bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              CHRISOVALANTE  FLIAKOS    on behalf of Creditor    CitiBank, N.A., As Trustee et al paeb@fedphe.com
              ERIK B. JENSEN    on behalf of Debtor Diane  James john@erikjensenlaw.com,
               regina@erikjensenlaw.com;mjmecf@gmail.com;gilberto@erikjensenlaw.com
              JASON BRETT SCHWARTZ    on behalf of Creditor    Philadelphia Federal Credit Union
               jschwartz@mesterschwartz.com,  jottinger@mesterschwartz.com
              JEROME B. BLANK    on behalf of Creditor    CitiBank, N.A., As Trustee et al paeb@fedphe.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    CitiBank, N.A., As Trustee et al paeb@fedphe.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    CitiBank, National Association As Trustee et. al.
               paeb@fedphe.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              MARIO J. HANYON    on behalf of Creditor    CitiBank, N.A., As Trustee et al paeb@fedphe.com
              THOMAS I. PULEO    on behalf of Creditor    MidFirst Bank tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA, Inc.
               mortonlaw.bcraig@verizon.net,  mhazlett@mortoncraig.com
                                                                                             TOTAL: 14
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: Diane James            :        Chapter 13
,                             :
        Debtor(s).            :        Bankruptcy No. 15-18491-MDC

**ORDER DISMISSING CHAPTER 13 AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

AND NOW, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee (the "Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED.**

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED.**

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty (20) days of the entry of this Order.

6. Counsel for the Debtor shall serve this Order by first class mail, postage prepaid, on all interested parties within five (5) days of the entry of this Order. Within thirty (30) days after the entry of this Order, counsel shall file (1) a Certification of Service confirming such service, and (2) a Certification of No Response confirming that neither an objection to the

proposed compensation nor an application for administrative expense has been filed, or if such application has been filed, set a hearing on all such applications.

7. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty (60) days of the entry of this Order, then the Standing Trustee shall, if any applications for administrative expenses other than Debtor(s)' Counsels have been filed, set a hearing thereon or, if no such applications have been filed, be authorized to return such funds to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

Dated: 2/23/17

MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE