**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

In Re:

Diane James

                Debtor(s).

13

Bky No. 15-18491 MDC

**ORDER**

     **AND NOW,** this 27th day of March 2017, upon consideration of **APPLICATION OF DEBTOR(S) COUNSEL FOR APPROVAL OF COUNSEL FEES** submitted by Erik B. Jensen P.C., counsel for debtor(s) and after notice it is hereby

     **ORDERED** that counsel fees in the amount $3,000.00 less $1,445.00 already paid with a remaining balance of $1,555.00 are allowed and maybe paid by the trustee to the extent provided in the confirmed plan. See 11USC§(330)(4)(B)

                                                                 **BY THE COURT:**

*[signature: Magdeline D. Coleman]*

Hon. Magdeline D. Coleman
**U.S. BANKRUPTCY JUDGE**

**CC:**     **Law Offices of Erik B. Jensen, P.C.**
**ERIK B. JENSEN, ESQUIRE**
**1528 Walnut Street**
**Suite 1401**
**Philadelphia, PA   19102**

William C. Miller, Esquire
Chapter 13 Trustee
Post Office Box 40119
Philadelphia, PA 19106

Diane James
8332 Forrest Ave
Philadelphia, PA 19150